UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JOHANNA PAZ, et al.,

                Plaintiffs,

-against-                                      09 Civ. 3977 (LAK)

IGNACIO PIEDRA, et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs' motion for partial summary judgment [DI 106] is granted in part and denied in part as recommended in the report and recommendation of Magistrate Judge Gabriel W. Gorenstein to which no objections have been filed.

        SO ORDERED.

Dated:     April 3, 2015

                                                     Lewis A. Kaplan
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/15